**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION**

**CIVIL ACTION NO. 5:10-CV-5-RLV-DCK**

| | |
|---|---|
| TRIAD PACKAGING, INC. and LOUIS WETMORE, | |
| Plaintiffs, | **ORDER FOR ADMISSION OF JOHN S. KINGSTON** *PRO HAC VICE* |
| v. | |
| SUPPLYONE, INC., | |
| Defendant. | |

This matter is before the Court on the Motion for admission of John S. Kingston as counsel *pro hac vice* on behalf of SupplyONE, Inc. ("Defendant") filed on February 18, 2010.

Upon review and consideration of the Motion and the Declaration filed in support thereof, the Court will grant the motion.

In accordance with Rule 83.1 of this Court's Local Rules, Mr. Kingston shall be admitted to appear before this Court *pro hac vice* on behalf of Defendant.

Signed: February 19, 2010

David C. Keesler
United States Magistrate Judge