IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:10-CV-005-RLV-DCK

| | |
|---|---|
| TRIAD PACKAGING, INC. and LOUIS WETMORE, ) | |
| ) | |
| Plaintiffs/Counterclaim-Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| DURHAM BOX COMPANY, INC., ) | **ORDER** |
| ) | |
| Counterclaim-Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| SUPPLYONE, INC., ) | |
| ) | |
| Defendant/Counterclaim-Plaintiff, ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant SupplyOne, Inc.'s Motion For Leave To Conduct Discovery Prior To The Completion Of The Case Management Conference" (Document No. 14) and Plaintiffs' "Motion For Pretrial Scheduling Order And Discovery Plan Order" (Document No. 15). These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and are now ripe for review. Having carefully considered the motions, the record, and applicable authority, the undersigned will <u>deny</u> Defendant's motion and <u>grant</u> Plaintiffs' motion.

Defendant's motion (Document No. 14) seeks leave to conduct early discovery, prior to an Initial Pretrial Conference or a Pretrial Order and Case Management Plan. Typically, "[w]hile the parties may engage in consensual discovery at any time, Court enforceable discovery doe not commence until issues have joined and a Scheduling Order is entered." Local Rule. 16.1(F). Plaintiffs have not responded to this motion, nor has Defendant indicated the

Plaintiffs' position on the motion. Nevertheless, it is apparent from the record and pending motions that the parties have not reached a meeting of the minds as to the appropriate scope of discovery. Considering the record, an imminent telephone conference, and the likelihood that a Pretrial Order and Case Management Plan addressing discovery issues will soon issue, the undersigned will deny Defendant's motion for early discovery.

Plaintiffs' motion (Document No. 15) essentially seeks an Initial Pretrial Conference with the Court and the issuance of a Pretrial Order and Case Management Plan. Defendant's response states that it "does not object to a pre-trial conference to establish a discovery plan." (Document No. 17). Based on the foregoing, the undersigned will grant Plaintiffs' motion; a telephone conference will be held on July 16, 2010, and the Court will issue a Pretrial Order And Case Management Plan as soon thereafter as is practicable.

As a final matter, the Court notes that neither of the pending motions met the consultation requirement of Local Rule 7.1(B). The parties are respectfully advised that the Court will expect careful adherence to the Local Rules for the remainder of the litigation.

**IT IS, THEREFORE, ORDERED** that "Defendant SupplyOne, Inc.'s Motion For Leave To Conduct Discovery Prior To The Completion Of The Case Management Conference" (Document No. 14) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiffs' "Motion For Pretrial Scheduling Order And Discovery Plan Order" (Document No. 15) is **GRANTED**. The parties shall participate in a telephone conference with the undersigned at **2:00 P.M. on Friday July 16, 2010**, to discuss the status of this case and scheduling issues. As soon thereafter as is practicable, the undersigned will issue a Pretrial Order And Case Management Plan.

**SO ORDERED**.

Signed: July 15, 2010

David C. Keesler
United States Magistrate Judge