# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:10-CV-005-RLV-DCK

| | |
|---|---|
| TRIAD PACKAGING, INC. and LOUIS WETMORE,<br><br>    Plaintiffs,<br><br> v.<br><br>SUPPLYONE, INC.,<br><br>    Defendant,<br><br> v.<br><br>DURHAM BOX COMPANY, INC.,<br><br>    Third Party Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiffs' Motion To Seal Or Restrict Plaintiffs' Motion For Summary Judgment As To Plaintiffs' Claims And Memorandum In Support Thereof" (Document No. 66); "Plaintiffs' Motion To Seal Or Restrict Memorandum In Support Of Plaintiffs' Motion For Summary Judgment As To Defendant's Counterclaims And Certain Exhibits" (Document No. 67); and "Plaintiffs' Motion For Enlargement Of Page Limit For Memorandum In Support Of Plaintiffs' Motion For Summary Judgment On Plaintiffs' Claims (LR7.1(d))" (Document No. 69) filed May 4, 2011. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. Having carefully considered the motions and the record, the undersigned will <u>deny</u> the motions, without prejudice to re-file.

Plaintiff's pending motions do not indicate that the requirement of consultation has been met pursuant to Local Rule 7.1(B). In fact, "Plaintiffs' Motion For Enlargement Of Page Limit..." states that "Plaintiff did not have an opportunity to request consent of opposing counsel" without any further explanation. (Document No. 69, p.2). The requirement of consultation is not optional.

**IT IS, THEREFORE, ORDERED** that "Plaintiffs' Motion To Seal Or Restrict Plaintiffs' Motion For Summary Judgment As To Plaintiffs' Claims And Memorandum In Support Thereof" (Document No. 66); "Plaintiffs' Motion To Seal Or Restrict Memorandum In Support Of Plaintiffs' Motion For Summary Judgment As To Defendant's Counterclaims And Certain Exhibits" (Document No. 67); and "Plaintiffs' Motion For Enlargement Of Page Limit For Memorandum In Support Of Plaintiffs' Motion For Summary Judgment On Plaintiffs' Claims (LR7.1(d))" (Document No. 69) are **DENIED WITHOUT PREJUDICE**.

Signed: May 5, 2011

David C. Keesler
United States Magistrate Judge