## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO. 5:10-CV-005-RLV-DCK

TRIAD PACKAGING, INC. and LOUIS
WETMORE,

      Plaintiffs,

  v.

SUPPLYONE, INC.,                                                        **ORDER**

      Defendant,

  v.

 DURHAM BOX COMPANY, INC.,

      Third Party Defendant.

        **THIS MATTER IS BEFORE THE COURT** on "Plaintiffs' Second Motion To Seal Or Restrict Memorandum In Support Of Plaintiffs' Motion For Summary Judgment As To Defendant's Counterclaims And Certain Exhibits" (Document No. 76) and "Plaintiffs' Second Motion To Seal Or Restrict Plaintiffs' Motion For Summary Judgment As To Plaintiffs' Claims And Memorandum In Support Thereof" (Document No. 77) filed May 5, 2011. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. Having carefully considered the motions, and noting consent of Defendants' counsel, the undersigned will <u>grant</u> the motions.

        **IT IS, THEREFORE, ORDERED** that "Plaintiffs' Second Motion To Seal Or Restrict Memorandum In Support Of Plaintiffs' Motion For Summary Judgment As To Defendant's Counterclaims And Certain Exhibits" (Document No. 76) and "Plaintiffs' Second Motion To

Seal Or Restrict Plaintiffs' Motion For Summary Judgment As To Plaintiffs' Claims And

Memorandum In Support Thereof" (Document No. 77) are **GRANTED**.


Signed: May 6, 2011

David C. Keesler
United States Magistrate Judge