IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL DOCKET NO. 5:10CV5-RLV

| | |
|---|---|
| TRIAD PACKAGING, INC., and ) <br> LOUIS S. WETMORE, ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SUPPLYONE, INC., ) <br>     Defendant / Third-Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DURHAM BOX COMPANY, ) <br>     Third-Party Defendant. ) <br> _____ ) | **JUDGMENT** |

**THIS MATTER** is before the Court for purposes of directing entry of judgment pursuant to the three individual jury verdicts rendered on May 23, 2013, and the September 26, 2013 Memorandum and Order addressing the parties' respective post-trial motions.

**IT IS HEREBY ORDERED AND ADJUDGED** that **JUDGMENT** is entered as follows:

1) In favor of Plaintiffs Triad Packaging, Inc., and Louis Wetmore (and Third-Party Defendant Durham Box Company) for SupplyOne's breach of the Asset Purchase Agreement in the amount of **$211, 363**;

2) In favor of Defendant / Third-Party Plaintiff SupplyOne on its counterclaim alleging breach of the Asset Purchase Agreement by Plaintiffs in the amount of **$332,605**;

3) In favor of SupplyOne on Plaintiff Louis Wetmore's claim alleging breach of the Employment Agreement, **$-0-**;

4) Pursuant to the Escrow Agreement, the Escrow Agent, PNC Bank, is hereby directed to disburse the funds in escrow as follows: **$123,571** to Plaintiffs and **$51,429** to Defendant SupplyOne, with any net interest or increase by investment that has accrued to be distributed proportionately;

5) The parties' respective contractual damage awards as set forth in paragraphs one and two above are augmented and to this extent paid pursuant to the distribution of the escrow funds: Plaintiffs' escrow distribution of $123,571 is combined with its contractual damages award of $211,363, for a gross recovery of **$334,934**; Defendant's escrow distribution of $51,429 is likewise added to its award of $332,605, for a gross sum of **$384,034**;

6) The Promissory Note is to be paid according to the Memorandum and Order of September 26, 2013;

7) Pretrial interest shall be calculated at the statutory rate of 8% per annum from May 30, 2009, and shall apply only to the contractual damages portion of the parties' respective awards (Plaintiff: $211,363 and Defendant: $332,605); and

8) The parties shall each bear their own costs.

Signed: September 26, 2013

Richard L. Voorhees
United States District Judge