IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL DOCKET NO. 5:10CV5-RLV

| | |
|---|---|
| TRIAD PACKAGING, INC., and LOUIS S. WETMORE,    Plaintiffs, | ) ) ) ) |
| v. | )   **AMENDED JUDGMENT** ) |
| SUPPLYONE, INC.,    Defendant / Third-Party Plaintiff, | ) ) ) |
| v. | ) ) |
| DURHAM BOX COMPANY,    Third-Party Defendant. | ) ) ) |

**THIS MATTER** is before the Court upon remand from the Fourth Circuit Court of Appeals' January 23, 2015 decision affirming in part and vacating in part the Judgment entered by this Court.[1] (Doc. 171). More specifically, the Fourth Circuit directs that the jury's award to Plaintiff Louis Wetmore for "contractual damages" be vacated. Accordingly, consistent with the Fourth Circuit opinion, the undersigned hereby vacates the jury's verdict and award to Wetmore in the amount of $211,363.00, and amends the Final Judgment as follows:

**IT IS HEREBY ORDERED AND ADJUDGED** that **JUDGMENT** is entered as follows:

1) In favor of Defendant / Third-Party Plaintiff SupplyOne on its counterclaim against Plaintiffs alleging breach of the Asset Purchase Agreement by Plaintiffs in the amount of **$332,605**;

2) In favor of SupplyOne on Plaintiff Louis Wetmore's claim alleging breach of

---

[1] Pursuant to FED. R. APP. P. 41, the mandate issued on March 11, 2015. (Doc. 174).

the Employment Agreement, **$-0-**;

3) Pursuant to the Escrow Agreement, the Escrow Agent, PNC Bank, is hereby directed to disburse the funds in escrow as follows: **$123,571** to Plaintiffs and **$51,429** to Defendant SupplyOne, with any net interest or increase by investment that has accrued to be distributed proportionately;

4) The Promissory Note is to be paid according to the Memorandum and Order of September 26, 2013;

5) Pretrial interest shall be calculated at the statutory rate of 8% per annum from May 30, 2009, and shall apply only to the contractual damages portion of SupplyOne's award (Defendant: $332,605); and

6) The parties shall each bear their own costs.

Signed: March 11, 2015

Richard L. Voorhees
United States District Judge